MICHAEL F. HERTZ
Deputy Assistant Attorney General

JOSEPH P. RUSSONIELLO (CA Bar No. 44332)
United States Attorney
JOANN M. SWANSON (CA Bar No. 88143)
Chief, Civil Division
SARA WINSLOW (DC Bar No. 457643)
JULIE A. ARBUCKLE (CA Bar No. 193425)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6925 (Winslow)
                    (415) 436-7102 (Arbuckle)
    Facsimile: (415) 436-6748
    sara.winslow@usdoj.gov
    julie.arbuckle@usdoj.gov

JOYCE R. BRANDA
PATRICIA R. DAVIS
RENÉE S. ORLEANS
Attorneys
Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 514-4504
    Facsimile: (202) 305-4117
    renee.orleans@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* JEFFREY A. SMITH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCIOS, INC. and JOHNSON & JOHNSON, ) <br> ) <br> Defendants. ) <br> _____) | No. C 05-4055 CRB <br><br> **UNITED STATES' AND RELATOR'S STIPULATION OF DISMISSAL; [PROPOSED] ORDER** |

DISMISSAL STIP., C 05-4055 CRB

1     Subject to the Court's approval, Plaintiff-Relator Jeffrey A. Smith and the United
2 States of America hereby stipulate to the dismissal of this action without prejudice under Fed. R.
3 Civ. P. 41(a)(1). No answer has been served or filed, and no parties other than the United States
4 and the Relator have appeared in this action.

5     Respectfully submitted,

6     MICHAEL F. HERTZ
    Deputy Assistant Attorney General
7
    JOSEPH P. RUSSONIELLO
8     United States Attorney

9 Dated: May 13, 2009   By: _____
    SARA WINSLOW
10     JULIE A. ARBUCKLE
    Assistant United States Attorneys
11
Dated: May 13, 2009   By: _____
12     JOYCE R. BRANDA
    PATRICIA R. DAVIS
13     RENÉE S. ORLEANS
    Civil Division, U.S. Department of Justice
14
    Attorneys for the United States
15

16     BREMER WHYTE BROWN & O'MEARA LLP

17 Dated: May 12, 2009   By: _____
    KEITH G. BREMER
18     Attorneys for *Qui Tam* Plaintiff Jeffrey Smith

19

20     [PROPOSED] ORDER

21     PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that this action is
22 dismissed without prejudice under Fed. R. Civ. P. 41(a)(1).

23     IT IS SO ORDERED.

24

25 Dated: May 14, 2009

26     HON. CHARLES R. BREYER
    United States District Judge
27

DISMISSAL STIP., C 05-4055 CRB     2

*IT IS SO ORDERED — Judge Charles R. Breyer (United States District Court, Northern District of California seal)*